UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CIRCUS FRUITS WHOLESALE CORP.,
          Plaintiff,

v.                                        **ORDER**

ROCKLAND GREAT FARM & MARKET    20 CV 287 (VB)
INC. and JENNIFER LEE
          Defendants.
----------------------------------------------------------------x

On January 13, 2020, plaintiff Circus Fruits Wholesale Corp. commenced the instant action against defendants Rockland Great Farm & Market Inc. and Jennifer Lee. (Doc. #1).

On January 21, 2020, plaintiff docketed proofs of service indicating service on defendants on January 17, 2020. (Docs. ##15, 16). Defendants had until February 7, 2020, to respond to the complaint. (Docs. ##15, 16).

To date, defendants have not answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendants remain in default, plaintiff is ORDERED to seek certificates of default as to defendants by February 24, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by March 9, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: February 10, 2020
       White Plains, NY

                                                SO ORDERED:

                                                Vincent L. Briccetti
                                                United States District Judge